```
1  SCOTT N. JOHNSON, ESQ., SBN 166952
   Law Offices of SCOTT N. JOHNSON
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
```

5 Attorney for Plaintiff Scott N. Johnson

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON </br></br> Plaintiff, </br></br> vs. </br></br> JOHN GIORDANO; GIORDANO FAMILY PARTNERSHIP; and DOES 1 through 10, inclusive, </br></br> Defendants | Case No.: CIV.S 05-1968-WBS-GGH </br></br> **STIPULATED DISMISSAL AND** *Proposed* **ORDER** </br></br> Complaint Filed: SEPTEMBER 29, 2005 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: December 2, 2005 | ROBINSON, DI LANDO & LIEBHABER |
| 2 | | |
| 3 | | /s/ Shawna Kashack |
| 4 | | SHAWNA KASHACK, |
| 5 | | Attorneys for Defendants John Giordano |
| 6 | | and the Giordano Family Partnership |

Dated: December 1, 2005       /s/Scott N. Johnson
                              SCOTT N. JOHNSON
                              Plaintiff, In Pro Per

**IT IS SO ORDERED**.

Dated: December 15, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE